```
___ FILED        ___ ENTERED
___ LODGED       ___ RECEIVED

    JUN - 1 2007

        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
```

06-CV-01562-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAIME CASTELLANOS-AVALOS,

    Petitioner,

v.

NEIL CLARK,

    Respondent.

CASE NO. C06-1562-JLR-JPD

ORDER OF DISMISSAL

    The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Petitioner's § 2241 petition is DENIED, Respondent's cross-motion to dismiss is GRANTED, and this action is DISMISSED with prejudice; and

    (3)    Petitioner's motion for judicial notice (Dkt. # 20) is DENIED; and

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 1st day of June, 2007.

                                                JAMES L. ROBART
                                              United States District Judge

ORDER